## UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DOCKET NO. 1:26-CR-** 10-MOC-WCM |
| **v.** | **BILL OF INDICTMENT** |
| **BRANDON KEITH MATHEWS** | **Violation:**<br>**18 U.S.C. § 113(a)** |

### THE GRAND JURY CHARGES:

### COUNT ONE

On or about February 28, 2026, in Transylvania County, within the Western District of North Carolina and on the Blue Ridge Parkway, a place within the special maritime and territorial jurisdiction of the United States, the defendant

### BRANDON KEITH MATHEWS

assaulted B.T.W. with a dangerous weapon, with intent to do bodily harm.

All in violation of Title 18, United States Code, Section 113(a)(3).

A TRUE BILL:

█████████████████

RUSS FERGUSON
UNITED STATES ATTORNEY

Alex M. Scott
Assistant United States Attorney